AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

JOHN ANTHONY, individually and on behalf of his wife, TERRI ANTHONY )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
SULZER SPINE TECH, INC. )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SULZER SPINE TECH
THROUGH REGISTERED AGENT
CT CORPORATION SYSTEM
5615 CORPORATE BLVD. STE 400B
BATON ROUGE, LA 70008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOHN D. SILEO
320 N. CARROLLTON AVE 101
NEW ORLEANS, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ _____
*Signature of Clerk or Deputy Clerk*