CALL DOCKET
FELDMAN, J.
APRIL 7, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

A review of the record indicates that no service of the complaint has been made upon the defendant(s).

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend time for service for an appropriate period.

Accordingly;

IT IS ORDERED that on or before May 8, 2015, plaintiff shall file into the record the return of service of process that has been effected on the defendant(s). Failure to do so will result, without further notice, in the DISMISSAL of any unserved defendants.

IT IS FURTHER ORDERED that on or before July 10, 2015, plaintiff obtain a responsive pleading or a default on all served defendants. Failure to do so will result in the defendants DISMISSAL for failure to prosecute, without further notice.

14-2654    CHARLES J. RIVERS ET AL. VS. JOSE R. BONILLA ET AL.

14-2711    SURETEC INSURANCE COMPANY VS. DOUCETTE ASSOCIATED CONTRACTORS, INC. ET AL.

14-2753    JOHN ANTHONY ET AL. VS. SULZER SPINE TECH, INC.

