CALL DOCKET
FELDMAN, J.
MAY 11, 2015

UNITED STATES DISTRICT OF LOUISIANA
EASTERN DISTRICT OF LOUISIANA

Upon review of the record, the following cases set for Call Docket on May 8, 2015, were ruled on as follows:

| | |
|---|---|
| 14-2654 | CHARLES J. RIVERS ET AL. VS. JOSE R. BONILLA ET AL. |
| ORDERED: | CASE DISMISSED AS TO JOSE R. BONILLA AND TWIN TRANSPORT INC. WITHOUT PREJUDICE; PLACE ON TRIAL DOCKET AS TO REMAINING DEFENDANT. |
| 14-2711 | SURETEC INSURANCE COMPANY VS. DOUCETTE ASSOCIATED CONTRACTORS ET AL. |
| ORDERED: | PASSED FOR 120 DAYS; PLAINTIFF SHALL FILE IN RECORD THE RETURN OF SERVICE ON ALL DEFENDANTS WITHIN 90 DAYS, FAILURE TO DO SO WILL RESULT IN DISMISSAL WITHOUT PREJUDICE. |
| 14-2753 | JOHN ANTHONY ET AL. VS. SULZER SPINE TECH, INC. |
| ORDERED: | PLAINTIFF'S COMPLAINT IS DISMISSED PURSUANT TO RULE 4(M). |

