UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN ANTHONY, ET AL.                        CIVIL ACTION

VERSUS                                      NO. 14-2753

SULZER SPINE TECH, INC.                     SECTION F(2)

J U D G M E N T

This matter was brought before the Court on a call of the docket. After due notice to attorneys of record to file into the record the return of service of process and after a review of the record no service of process having been filed, the Court orders the case dismissed; Accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the defendant, and against plaintiffs, dismissing the suit at plaintiff's costs, without prejudice.

New Orleans, Louisiana, this 11th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE